IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ELIZABETH MILLER,

    Plaintiff,

v.

WAL-MART STORES, EAST, LP,

    Defendant.

CIVIL ACTION NO.: 2:24-cv-73

## AMENDED SCHEDULING ORDER

The parties filed a Consent Motion for Modification of Scheduling Order. Doc. 15. The parties explain Defendant is awaiting medical and billing records from several of Plaintiff's medical providers, some of which are outside of Georgia, prior to deposing Plaintiff. Id. at 1–2. Defendant also requires these records to address questions as to causation and the potential need to retain experts. Due to the delay in receiving these responses, the parties request additional time to conduct discovery. The parties also seek additional time for Plaintiff to depose multiple Wal-Mart employees, at least one of whom no longer works for the company. Id. at 2. Upon due consideration and for good cause shown, the Court **GRANTS** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Written Discovery | October 8, 2024 |
| Discovery Depositions of Fact Witnesses | October 30, 2024 |
| Service of Plaintiff's Expert Witness Reports | November 13, 2024 |
| Service of Defendant's Expert Witness Reports | December 11, 2024 |

| | |
|---|---|
| Discovery Status Report | January 3, 2025 |
| Discovery Status Conference | January 6, 2025 |
| Discovery Depositions of Expert Witnesses | January 13, 2025 |
| All Civil Motions (Including <u>Daubert</u> Motions; Excluding Motions in Limine) | February 13, 2025 |
| Depositions of All Witnesses Taken for Use at Trial | March 14, 2025 |
| Proposed Pretrial Order | April 14, 2025 |

All other deadlines and instructions in the Court's previous Order remain in full force and effect.  Doc. 11.

**SO ORDERED**, this 11th day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA