IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ELIZABETH MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 2:24-cv-73 |

### THIRD AMENDED SCHEDULING ORDER

The parties filed a Joint Motion for Modification of Scheduling Order. Doc. 19. The parties explain, despite diligence, complications from Hurricane Helene and pending medical procedures for certain potential deponents have delayed completion of all fact witness depositions. Id. at 1–2. As a result, additional depositions remain to be taken. The parties therefore request an extension of all discovery deadlines by 60 days. Id. at 2. Upon due consideration and for good cause shown, the Court **GRANTS** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Discovery Depositions of Fact Witnesses | March 3, 2025 |
| Service of Plaintiff's Expert Witness Reports | March 17, 2025 |
| Service of Defendant's Expert Witness Reports | April 17, 2025 |
| Discovery Status Report | May 1, 2025 |
| Discovery Status Conference | May 5, 2025 |
| Discovery Depositions of Expert Witnesses | May 8, 2025 |

| | |
|---|---|
| All Civil Motions (Including <u>Daubert</u> Motions; Excluding Motions in Limine) | May 16, 2025 |
| Depositions of All Witnesses Taken for Use at Trial | June 16, 2025 |
| Proposed Pretrial Order | July 16, 2025 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect. Docs. 11, 16, 18.

**SO ORDERED**, this 6th day of January, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2